# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett , aka Margaret Barrett<br><br>Debtor(s) | CHAPTER 7 |
| M & T Bank<br><br>Movant<br><br>vs. | NO. 15-16674 REF |
| Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett , aka Margaret Barrett<br><br>Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br><br>Trustee | |

## ORDER

AND NOW,  upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is

ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M & T Bank to exercise its rights pursuant to the loan documents regarding the premises 1209 E Ben Franklin HWY Douglassville, PA 19518 .

**Date: April 6, 2018**

United States Bankruptcy Judge.

cc: See attached service list