United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-16674-ref
Margaret Mary Barrett                                                     Chapter 7
Margaret Mary Barrett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2         Date Rcvd: Apr 06, 2018
                            Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
db         +Margaret Mary Barrett,    MAILING ADDRESS,    P.O. Box 432,    Douglassville, PA 19518-0432
db         +Margaret Mary Barrett,    2850 59th St. South,    Apt. 609,    Gulfport, FL 33707-5332
cr         +Borough of Archbald,    400 Church Street,    Archbald, PA 18403-2100
r          +Century 21 Park Road,    60 Commerce Drive,    Wyomissing, PA 19610-3321
cr         +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
             West Chester, PA 19382-2804
cr         +Equity Trust,   778 Garrett Road,    Upper Darby, PA 19082-3812
cr         +Lackawanna River Basin Sewer Authority,    PO Box 280,    Olyphant, PA 18447-0280
acc        +Sharer Petree Brotz & Snyder,    c/o Barry R. Sharer, CPA,    1103 Laurel Oak Road, Suite 105B,
             Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2018 01:41:51      Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    Pennsylvania American Water Company
               acarr@bernsteinlaw.com
              ANTHONY MICHAEL BRICHTA    on behalf of Creditor    Chester County Tax Claim Bureau
               abrichta@buckleyllp.com, sburnett@buckleyllp.com
              Daniel Robert Schimizzi    on behalf of Creditor    Pennsylvania American Water Company
               dschimizzi@wtplaw.com,
               cwirick@bernsteinlaw.com;dschimizzi@ecf.inforuptcy.com;dmckay@bernsteinlaw.com
              EUGENE J. MALADY    on behalf of Creditor    Equity Trust kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Margaret Mary Barrett jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              KIRK B. BURKLEY    on behalf of Creditor    Pennsylvania American Water Company
               kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
              MARK J. CONWAY    on behalf of Creditor    Borough of Archbald info@mjconwaylaw.com,
               mjc@mjconwaylaw.com
              MARK J. CONWAY    on behalf of Creditor    Lackawanna River Basin Sewer Authority
               info@mjconwaylaw.com, mjc@mjconwaylaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Pennsylvania American Water Company
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Debtor    Egan Enterprises, Inc. trustee@holber.com,
               rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: Lisa                Page 2 of 2            Date Rcvd: Apr 06, 2018
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM J. BURNETT   on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com,
         william.burnett@ecf.inforuptcy.com
        WILLIAM J. BURNETT   on behalf of Attorney   Flaster/Greenberg P.C.
         william.burnett@flastergreenberg.com,  william.burnett@ecf.inforuptcy.com
                                                TOTAL: 16

Case 15-16674-ref    Doc 219    Filed 04/08/18    Entered 04/09/18 00:56:20    Desc
Imaged Certificate of Notice    Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett ,  aka Margaret Barrett<br><br>                    Debtor(s) | CHAPTER 7 |
| M & T Bank<br><br>                    Movant<br>          vs. | NO. 15-16674 REF |
| Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett ,  aka Margaret Barrett<br><br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br><br>                    Trustee | |

**ORDER**

AND NOW,  upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M & T Bank to exercise its rights pursuant to the loan documents regarding the premises 1209 E Ben Franklin HWY Douglassville, PA 19518 .

**Date: April 6, 2018**

cc: See attached service list

United States Bankruptcy Judge.