# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett , aka Margaret Barrett<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| M & T Bank<br>　　　　　　　　Movant<br>　　　vs. | NO. 15-16674 REF |
| Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan,  aka Margaret Egan Barrett , aka Margaret Barrett<br>　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of M & T Bank regarding property address 1209 E Ben Franklin HWY Douglassville, PA 19518, which was filed with the Court on or about **March 14, 2018**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

June 4, 2018