# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan, aka Margaret Egan Barrett, aka Margaret Barrett<br>　　　　　Debtor(s) | CHAPTER 7 |
| M & T Bank<br>　　　　　Movant<br>　　　vs. | NO. 15-16674 REF |
| Margaret Mary Barrett aka Margaret Egan, aka Margaret M. Egan, aka Margaret Egan Barrett, aka Margaret Barrett<br>　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq.<br>　　　　　Trustee | |

## **AMENDED ORDER**

AND NOW, this          day of              , 2018 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Order issued on April 6, 2018 is hereby amended by this instant Order.

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M & T Bank to exercise its rights pursuant to the loan documents regarding the premises 2232 Horseshoe Pike, Honey Brook, PA 19344.

**Date: August 13, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list

Margaret Mary Barrett aka Margaret Egan,
aka Margaret M. Egan,
aka Margaret Egan Barrett ,
aka Margaret Barrett
P.O. Box 432
Douglassville, PA 19518

John A. DiGiamberardino, Esq.
Case & DiGiamberardino, P.C.
845 N. Park Road, Ste. 101 (VIA ECF)
Wyomissing, PA 19610

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

WILLIAM J. BURNETT
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532