United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margaret Mary Barrett  
Margaret Mary Barrett  
    Debtors

Case No. 15-16674-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Sep 21, 2018  
                  Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.

```
db         +Margaret Mary Barrett,    MAILING ADDRESS,    P.O. Box 432,    Douglassville, PA 19518-0432
db         +Margaret Mary Barrett,    2850 59th St. South,    Apt. 609,    Gulfport, FL 33707-5332
cr         +Borough of Archbald,    400 Church Street,    Archbald, PA 18403-2100
r          +Century 21 Park Road,    60 Commerce Drive,    Wyomissing, PA 19610-3321
cr         +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
             West Chester, PA 19382-2804
cr         +Equity Trust,    778 Garrett Road,    Upper Darby, PA 19082-3812
cr         +Lackawanna River Basin Sewer Authority,    PO Box 280,    Olyphant, PA 18447-0280
acc        +Sharer Petree Brotz & Snyder,    c/o Barry R. Sharer, CPA,    1103 Laurel Oak Road, Suite 105B,
             Voorhees, NJ 08043-4376
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2018 01:58:55     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
```
                                                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:

```
          ALLISON L. CARR    on behalf of Creditor    Pennsylvania American Water Company acarr@tuckerlaw.com,
           agilbert@tuckerlaw.com
          ANTHONY MICHAEL BRICHTA    on behalf of Creditor    Chester County Tax Claim Bureau
           abrichta@buckleyllp.com,   sburnett@buckleyllp.com
          Daniel Robert Schimizzi    on behalf of Creditor    Pennsylvania American Water Company
           dschimizzi@wtplaw.com,   LLescallette@wtplaw.com;sharding@wtplaw.com
          EUGENE J. MALADY    on behalf of Creditor    Equity Trust kjones@ejmcounselors.com,
           emalady@ejmcounselors.com
          JOHN A. DIGIAMBERARDINO    on behalf of Debtor Margaret Mary Barrett jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          KIRK B. BURKLEY    on behalf of Creditor    Pennsylvania American Water Company
           kburkley@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
           ve.com
          MARK J. CONWAY    on behalf of Creditor    Borough of Archbald info@mjconwaylaw.com,
           mjc@mjconwaylaw.com
          MARK J. CONWAY    on behalf of Creditor    Lackawanna River Basin Sewer Authority
           info@mjconwaylaw.com,   mjc@mjconwaylaw.com
          PETER J. ASHCROFT    on behalf of Creditor    Pennsylvania American Water Company
           pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Debtor    Egan Enterprises, Inc. trustee@holber.com,
           rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM J. BURNETT    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com,
           william.burnett@ecf.inforuptcy.com
```

```
District/off: 0313-4          User: Lisa                Page 2 of 2            Date Rcvd: Sep 21, 2018
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM J. BURNETT    on behalf of Attorney    Flaster/Greenberg P.C.
        william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com
        TOTAL: 16

UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| BARRETT, MARGARET MARY | : | |
| BARRETT, MARGARET MARY | : | Bankruptcy No. 15-16674-REF |
| DEBTOR | : | |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this **20** day of **September**, 2018, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $13,195.75 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $251.57 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

_____
United States Bankruptcy Judge