IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| MARGARET MARY BARRETT | : | |
| Debtor | : | Bankruptcy No. 15-16674 |

**AMENDED ORDER APPROVING TRUSTEE'S FINAL REPORT**

AND NOW, this _____ day of _____ 2018, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

**Date: October 3, 2018**

_____
Richard E. Fehling, Judge