United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Margaret Mary Barrett  
Margaret Mary Barrett  
    Debtors

Case No. 15-16674-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 2        Date Rcvd: Jun 17, 2019
                        Form ID: pdf900        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.

```
db            +Margaret Mary Barrett,   MAILING ADDRESS,    P.O. Box 432,    Douglassville, PA 19518-0432
db            +Margaret Mary Barrett,   2850 59th St. South,    Apt. 609,    Gulfport, FL 33707-5332
smg           +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
r             +Century 21 Park Road,    60 Commerce Drive,    Wyomissing, PA 19610-3321
cr            +Chester County Tax Claim Bureau,    313 W. Market Street,    Suite 3602,
               West Chester, PA 19382-2804
acc           +Sharer Petree Brotz & Snyder,    c/o Barry R. Sharer, CPA,    1103 Laurel Oak Road, Suite 105B,
               Voorhees, NJ 08043-4376
13622495     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
13598599      Berks County Tax Claim Bureau,    2nd Floor County Services Center,    633 Court Street,
               Reading, PA 19601-4300
13693762     +Borough of Archbald,    400 Church Street,    Archbald, PA 18403-2100
13695194     +Borough of Archbald,    c/o Mark J. Conway, Esq.,    502 S. Blakely Street,
               Dunmore, PA 18512-2237
13814129     +Chester County Tax Claim Bureau,    c/o Anthony M. Brichta, Esq.,
               118 West Market Street, Suite 300,    West Chester, PA 19382-2902
13622498     +Egan Enterprises Inc.,    1079 Ben Franklin Highway,    Douglassville, PA 19518-1800
13761306     +Equity Trust,    c/o Eugene J. Malady, Esq.,    221 North Olive Street, Suite 1,
               Media, PA 19063-3250
13622499     +Equity Trust,    778 Garrett Road,    Upper Darby, PA 19082-3812
13622500     +First Nat'l. Bank of Omaha,    1620 Dodge St.,    Stop Code 3105,    Omaha, NE 68197-0003
13615035     +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
13648258     +John A. DiGiamberardino, Esquire,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
               Wyomissing, PA 19610-1342
13672501     +Lackawanna County River,    Basin Sewer Authority,    c/o Mark J. Conway, Esq.,
               502 South Blakely Street,    Dunmore, PA 18512-2237
13622501     +Lackawanna River Basin Sewer Auth,    P.O. Box 280,    Olyphant, PA 18447-0280
13622502     +Lackawanna River Basin Sewer Auth.,    145 Boulevard Ave. rear,    Throop, PA 18512-3339
13837356     +Lackawanna River Basin Sewer Authority,    PO Box 280,    Olyphant, PA 18447-0280
14063472     +M & T Bank,    KML Law Group, P.C.,    710 Market St, Suite 5000,    Philadelphia, PA 19106-2312
13646192      M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13837355     +Mark J. Conway,    502 S. Blakely Street,    Dunmore, PA 18512-2237
13622506     +PA American Water,    300 Galley Road,    McMurray, PA 15317-2392
13850068     +Paul A. Prince, Esquire,    934 High Street,    P.O. Box 696,    Pottstown, PA 19464-0696
13940949     +Pennsylvania American Water Company,    c/o Allison L. Carr, Esq.,    707 Grant Street,
               Gulf Tower, Suite 2200,    Pittsburgh, PA 15219-1908
13622508      Wells Fargo Bank, N.A.,    MAC X2595-033,    P.O. Box 10438,    Des Moines, IA 50306-0438
13633614     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 03:00:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2019 03:01:09     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:01:59      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13612261      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 03:02:00
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13622497      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2019 03:01:52
               Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
               Charlotte, NC 28272-1083
13622503      E-mail/Text: camanagement@mtb.com Jun 18 2019 03:00:48     M & T Bank,    499 Mitchell St.,
               MS 501-34,    Millsboro, DE 19966-9408
13622504      E-mail/Text: camanagement@mtb.com Jun 18 2019 03:00:48     Manufacturers & Traders Trust Co.,
               499 Mitchell St.,    MS501-34,    Millsboro, DE 19966-9408
13626164      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:02:00
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13956286     +E-mail/Text: kburkley@bernsteinlaw.com Jun 18 2019 03:01:25     Pennsylvania American Water Co.,
               c/o Daniel R. Schimizzi, Esq.,    Golf Tower,    707 Grant Street, Suite 2200,
               Pittsburgh, PA 15219-1945
13603423      E-mail/PDF: rmscedi@recoverycorp.com Jun 18 2019 03:01:52
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13622507      E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2019 03:02:07      Synchrony Bank,
               c/o Recovery Mgmt Systems Corp.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
```

```
District/off: 0313-4           User: Antoinett              Page 2 of 2                    Date Rcvd: Jun 17, 2019
                               Form ID: pdf900              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                        TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Borough of Archbald,    400 Church Street,    Archbald, PA 18403-2100
cr*          +Equity Trust,    778 Garrett Road,    Upper Darby, PA 19082-3812
cr*          +Lackawanna River Basin Sewer Authority,    PO Box 280,    Olyphant, PA 18447-0280
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
```
              ALLISON L. CARR    on behalf of Creditor    Pennsylvania American Water Company acarr@tuckerlaw.com,
               agilbert@tuckerlaw.com
              ANTHONY MICHAEL BRICHTA    on behalf of Creditor    Chester County Tax Claim Bureau
               abrichta@buckleyllp.com,    sburnett@buckleyllp.com
              Daniel Robert Schimizzi    on behalf of Creditor    Pennsylvania American Water Company
               dschimizzi@wtplaw.com,    LLescallette@wtplaw.com;sharding@wtplaw.com
              EUGENE J. MALADY    on behalf of Creditor    Equity Trust kjones@ejmcounselors.com,
               emalady@ejmcounselors.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Margaret Mary Barrett jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KIRK B. BURKLEY    on behalf of Creditor    Pennsylvania American Water Company
               kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
              MARK J. CONWAY    on behalf of Creditor    Borough of Archbald info@mjconwaylaw.com,
               mjc@mjconwaylaw.com
              MARK J. CONWAY    on behalf of Creditor    Lackawanna River Basin Sewer Authority
               info@mjconwaylaw.com,    mjc@mjconwaylaw.com
              PETER J. ASHCROFT    on behalf of Creditor    Pennsylvania American Water Company
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Debtor    Egan Enterprises, Inc. trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM J. BURNETT    on behalf of Trustee ROBERT H. HOLBER william.burnett@flastergreenberg.com,
               william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com
              WILLIAM J. BURNETT    on behalf of Attorney    Flaster/Greenberg P.C.
               william.burnett@flastergreenberg.com,
               william.burnett@ecf.inforuptcy.com;jennifer.vagnozzi@flastergreenberg.com
                                                                                               TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 7
    MARGARET MARY BARRETT :
              Debtor(s) : BANKRUPTCY NO. 15-16674

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this 17th day of June 2019, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge